UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60198-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

MANULI RUBBER INDUSTRIES, S.p.A.,
and ROBERT L. FURNESS,

        Defendants.
_____/

### ORDER OF TRANSFER

**THIS CAUSE** came before the Court upon the Unopposed Motion to Transfer Case to the Court with the Lowest Case Number for Plea. The Court being advised in the premises and subject to the consent of the Honorable Daniel T. K. Hurley, it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion to Transfer Case is **GRANTED**. The Clerk of Court shall transfer Case No. 08-60198-CR-COHN-SELTZER, to the docket of Judge Hurley, to be dealt with in conjunction with Case No. 07-60220-CR-HURLEY-VITUNAC.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of July 2008.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby

accepts the transfer of said case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the following case number, 08-60198-CR-HURLEY-VITUNAC, thereby indicating the judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 4th day of August 2008.

DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: J. Brady Dugan, AUSA
Robert Osgood, Esq.
Stephen Pave, Esq.
Lucy Lara-CJA Administrator